*Ex parte* FERGUSON.

Money collected by an attorney for his client, must be demanded before the client can move for an attachment for its non-payment.

AN attorney of this court had collected money for the relator by suit, which he had not paid over. On an affidavit of these facts, a motion was now made for a rule that the attorney pay over the money; or shew cause why an attachment should not issue against him. But the affidavit did not shew that a demand of the money had been made of the attorney.

*L. Hoyt*, for the motion.

It was not opposed. But

*Per Curiam.* The money should first have been demanded. The motion must, for that reason, be denied.

Motion denied.